[No. 3544-1.   Division One.   November 1, 1976.]

RUTH A. McPHADEN, *as Administratrix, Respondent*, v.
ALAN S. RUTHERFORD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 772926, Frank D. Howard, J., entered December 19, 1974. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams, C.J., and Callow, J.

[No. 3779-1.   Division One.   November 1, 1976.]

WILLIAM A. PARKER, *Appellant*, v. WALLACE NELSON, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 787906, James J. Dore, J., entered April 4, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4414-1.   Division One.   November 1, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL STEVEN
BOGART, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 73695, Horton Smith, J., entered December 15, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1690-2.   Division Two.   November 1, 1976.]

WILLIAM A. TAYLOR, *Appellant*, v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 47818, Gerry L. Alexander, J., entered December 13, 1974. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Reed and Swanson, JJ.